| | |
|---|---|
| 1<br>2<br>3<br>4 | Daniel J. Berman, Esq.<br>Berman O'Connor & Mann<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagatna, Guam 96910<br>Telephone: (671) 477-2778<br>Facsimile: (671) 477-4366 |
| 5 | Attorneys for Plaintiffs |

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| EUSEBIO V. JACOB and MARTA A. JACOB,<br><br>   Plaintiffs,<br>vs.<br><br>1) PLASTICS ENGINEERING COMPANY (PLENCO), a Wisconsin corporation; and<br><br>2) ROCKWELL AUTOMATION, INC., Individually and as successor by merger to ALLEN-BRADLEY COMPANY, LLC and as successor-in-interest to ROSTONE CORPORATION, a Delaware corporation,<br><br>   Defendants. | CIVIL CASE NO. 19-00108<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL OF PLAINTIFFS' CLAIMS ASSERTED AGAINST DEFENDANT PLASTICS ENGINEERING COMPANY (PLENCO) |

IT IS HEREBY STIPULATED, by and between SCOTT RYAN LAITAN JACOB, as Executor of the Estate of EUSEBIO VELASCO JACOB, Deceased and MARTA A. JACOB (hereinafter "Plaintiffs") and Defendant PLASTICS ENGINEERING COMPANY (hereinafter "PLENCO"), by and through their undersigned counsel, and pursuant to *Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure* and *Rule 41.1 of the Local Rules of Practice for the District Court of Guam*, that any and all claims stated in Plaintiffs' *Complaint*, filed on June 20, 2019 (Dkt 1) and any amendments thereto, asserted against Defendant PLENCO are hereby dismissed with prejudice, with each party to bear their/its own costs and attorneys' fees.

IT IS FURTHER STIPULATED that any and all cross-claims asserted by PLENCO are hereby dismissed with prejudice, each party to bear its/their own costs and attorneys' fees.

No trial was set in this matter.

Dated: 1-21-20

_____
Daniel J. Berman, Esq.
Berman O'Connor & Mann
111 W Chalan Santo Papa, Suite 503
Hagatna, Guam 96910
Email: djberman@pacificlawyers.law
Attorneys for Plaintiffs

Dated: 1-16-20

_____
Kevin J. Fowler, Esq.
Fowler & Visosky LLP
Suite 210 Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Email: fowler@guamlawoffice.com
Attorneys for Defendant Plastics Engineering Company (PLENCO)

APPROVED AND SO ORDERED:

DATED: _____